| | |
|---|---|
| J. THOMAS BECKETT (UTAH #5587)<br>DAVID P. BILLINGS (UTAH #11510)<br>**PARSONS BEHLE & LATIMER**<br>*Admitted Pro Hac Vice (Docket # 156)*<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-1234<br>Facsimile: (801) 536-6111<br>Email: tbeckett@parsonsbehle.com<br>dbillings@parsonsbehle.com<br>*Counsel to the Official Committee* | JAMES H. COSSITT (MONT. # 4773)<br>**JAMES H. COSSITT, PC**<br>40 – 2nd East Suite 202<br>Kalispell, MT 59901-6112<br>Telephone: (406) 752-5616<br>Email: jhc@cossittlaw.com |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br>**YELLOWSTONE MOUNTAIN CLUB, LLC, et al.,**<br>Debtors, | Case No. 08-61570-11-RBK<br>Jointly Administered with 08-61571, 08-61572, 08-61573.<br>Chapter 11 |
| **CREDIT SUISSE, CAYMAN ISLANDS BRANCH,**<br>Plaintiff,<br>vs.<br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS, et al.,**<br>Defendants. | Adv. Pro. No. 09-14 |

### NOTICE OF WITHDRAWAL OF MOTION TO AMEND PLEADINGS AND/OR PRETRIAL ORDER TO CONFORM TO EVIDENCE (DOCKET 267)

COMES NOW the Official Committee of Unsecured Creditors, by and through its counsel, and withdraws without prejudice the Motion to Amend Pleadings and/or Pretrial Order to Conform to the Evidence filed herein as docket no. 267.

4816-9842-8419.1

Dated: May 1, 2009

**PARSONS BEHLE & LATIMER**

/s/ J. Thomas Beckett
J. Thomas Beckett
David P. Billings
201 South Main Street, Suite 1800 Post Office Box 45898 Salt Lake City, Utah 84145-0898

**JAMES H. COSSITT, PC**

James H. Cossitt
40 – 2nd East Suite 202
Kalispell, MT 59901-6112
*Counsel to the Official Committee*

CERTIFICATE OF SERVICE BY MAIL / ECF

This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b): 1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or 2) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on March 3, 2009. The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

/s/ David P. Billings
David P. Billings
Parsons Behle & Latimer

4816-9842-8419.1