UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**YELLOWSTONE MOUNTAIN CLUB, LLC**,<br><br>Debtor. | Case No. **08-61570-11** |
| **CREDIT SUISSE** and **TIMOTHY L BLIXSETH**,<br><br>Plaintiffs.<br><br>-vs-<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**, **YELLOWSTONE MOUNTAIN CLUB, LLC**, **YELLOWSTONE DEVELOPMENT LLC**, **BIG SKY RIDGE, LLC**, and **YELLOWSTONE CLUB CONSTRUCTION COMPANY LLC**,<br><br>Defendants. | Adv No. **09-00014** |

# O R D E R

At Butte in said District this 12th day of May, 2009.

In this Adversary Proceeding, the Debtors filed a Motion to Strike Credit Suisse's Improper Supplemental Post-Trial Brief and Unofficial Trial Transcripts on May 11, 2009, at Docket Entry No. 287. Credit Suisse filed a response to Debtors' Motion on May 11, 2009, arguing that the "[t]ranscripts were provided to the Court simply in an effort to assist the Court in

more quickly locating the relevant testimony on the audio recordings. Credit Suisse's Post Trial Brief clearly indicates that it does not purport to designate the Transcripts as the official court transcript."

The Court agrees that Credit Suisse's unofficial transcripts may serve as an aid to the Court, but they do not serve as the official court transcript. Thus, the Court finds that Debtors' Motion lacks good cause. Accordingly,

IT IS ORDERED that Debtors' Motion to Strike Credit Suisse's Improper Supplemental Post-Trial Brief and Unofficial Trial Transcripts filed May 11, 2009, at Docket Entry No. 287, is DENIED.

BY THE COURT

_____
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana