# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | Case No. 08-61570-11-RBK |
| YELLOWSTONE MOUNTAIN CLUB, LLC, *et al.*, | Jointly Administered with 08-61571, 08-61572, and 08-61573 |
| Debtors. | Chapter 11 |
| CREDIT SUISSE, CAYMAN ISLANDS BRANCH, | Judge: Ralph B. Kirscher |
| Plaintiff, | Adv. No. 09-00014, and Consolidated with Adv. No. 09-00017 |
| vs. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YELLOWSTONE MOUNTAIN CLUB, LLC, YELLOWSTONE DEVELOPMENT, LLC, BIG SKY RIDGE, LLC, and YELLOWSTONE CONSTRUCTION COMPANY, LLC, | ORDER VACATING DKT. NO. 289 |
| Defendants. | |

DONE this 29th day of June 2009, in Butte, Montana.

Pursuant to the Third Amended Plan of Reorganization in these jointly administered cases (Case Nos. 08-61570-11-RBK) (dkt. 947) (the "Plan") as confirmed by this Court's Memorandum of Decision setting forth Findings of Fact

Page 1

1478463.07-New York Server 7A - MSW

and Conclusions of Law Regarding Debtors' Proposed Plan of Reorganization (dkt. 1025), and the parties' Amended and Restated Stipulated Motion to Extend the Closing Date of the Definitive Agreement and Other Matters (No. 08-61570-11-RBK, Adv. Pro. 09-00014, Adv. Pro. 09-00017, Adv. Pro. 09-00031) (dkt. 297), the Court makes the following ORDER which shall be automatically effective upon the Effective Date of the Plan (but shall have no effect until the occurrence of such Effective Date):

1. The Interim and Partial Order (dkt. no. 289) in this Adversary Proceeding is hereby vacated, and the preliminary and interim findings of facts and conclusions of law stated therein are and shall be deemed vacated, withdrawn, void, and of no further force or effect for any and all purposes whatsoever.

BY THE COURT

*Ralph B. Kirscher*
Honorable Ralph B. Kirscher
United States Bankruptcy Judge