UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA
400 NORTH MAIN ST THIRD FLOOR
BUTTE, MT 59701

In re **YELLOWSTONE MOUNTAIN CLUB**          CASE # 08-61570

**TIMOTHY L. BLIXSETH (PLAINTIFF)**          ADVERSARY PROCEEDING 09-00014
VS.
MARC S. KIRSCHNER, TRUSTEE OF THE YELLOWSTONE
 CLUB LIQUIDATING TRUST (DEFENDANT)

---

**TRANSMITTAL FORM**

---

**TO:**     DISTRICT COURT

**FROM:**   U.S. Bankruptcy Court
            for the District of Montana
            District 0977

| | |
|---|---|
| Case Name | : BLIXSETH V. KIRSCHNER |
| Adv. Pro. No. | : 09-00014 |
| Bankruptcy Judge | : RALPH B. KIRSCHER, Honorable |
| Date Bankruptcy Petition was filed | : 02/25/09 |
| Date Notice of Appeal was filed | : 09/21/10 |
| Date of Entry of Order Appealed from | : 08/16/10, 09/07/10 |
| Date Notice of Appeal and Notice of Objection Period mailed to parties | : 09/23/10 |
| Date of Transmittal | : 09/23/10 |
| Filing Fee | : PAID |

By the Court
Bernard F. McCarthy,
Clerk

By:/s/Bernard F. McCarthy

/S/ MARY LYNCH, Deputy Clerk