# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

In Re: YELLOWSTONE MOUNTAIN CLUB, LLC; YELLOWSTONE DEVELOPMENT, LLC; BIG SKY RIDGE, LLC; YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC

BAP No.: MT-10-1341

Bk. Ct. No.: 08-61570

ADV. NO.: 09-00014

RE: *Notice of Appeal Filed on 09/08/10*

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection (statement of election) to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to the U.S. District Court (Butte, Montana).

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Vincent Barbato, Deputy Clerk
Date: October 5, 2010

    Please acknowledge receipt of
    the case file listed above.
    Dated:_____

    Signed:_____
            District Court Deputy

    Assigned District Court No.

cc: Bankruptcy Court
    All Parties

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA
400 NORTH MAIN ST THIRD FLOOR
BUTTE, MT 59701

In re YELLOWSTONE MOUNTAIN CLUB        Case No. 08-61570
    **Debtor(s)**

TIMOTHY L. BLIXSETH                    ADVERSARY NUMBER 09-00014
    **PLAINTIFF**
      V.
MARC C. KIRSCHNER, TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST
    **DEFENDANT**

BAP# MT-10-1341

TRANSMITTAL FORM

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

SEP 13 2010

FILED _____
DOCKETED _09/14/10_ v.j.b.
    DATE    INITIAL

TO:      BAP

FROM:    U.S. Bankruptcy Court
         for the District of Montana
         District 0977

| | |
|---|---|
| Case Name | : YELLOWSTONE MOUNTAIN CLUB<br>BLIXSETH V. KIRSCHNER, TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST |
| Bankruptcy Case | : 08-61570 |
| Adv. Pro. No. | 09-00014 |
| Bankruptcy Judge | : Honorable RALPH B. KIRSCHER |
| Date Adversary was filed | : 02/25/2009 |
| Date Notice of Appeal was filed | : 09/08/10 |
| Date of Entry of Order Appealed from | : 08/16/10 and 09/07/10 |
| Date Notice of Appeal and Notice of Objection Period mailed to parties | : 09/09/10 |
| Date of Transmittal | : 09/09/10 |
| Filing Fee | : PAID |

                                          By the Court
                                          Bernard F. McCarthy,
                                          Clerk

                                          By:/s/Bernard F. McCarthy

                                        /S/ MARY LYNCH
                                      , Deputy Clerk